UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**YASENKA DELGADO,**

      **Plaintiff,**

v.                                          Case No. 6:21-cv-1142-CEM-EJK

**WAL-MART STORES EAST, LP**
**and ANGEL RAMIREZ,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on *sua sponte* review of the file. Plaintiff was required to file its Notice of Pendency of Other Actions and Disclosure Statement on or before August 4, 2021. (Initial Order, Doc. 5, at 1–2). Plaintiff was also warned that failure to comply with any Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action without further notice. (Notice to Counsel and Parties, Doc. 6). Plaintiff has failed to comply, and the time to do so has passed. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2021.



Copies furnished to:

Counsel of Record